IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **VALLEY PROTEINS (DELWARE), INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     1:03CV00988 ) |
| **SGS CONTROL SERVICES, INC.** | ) ) |
| Defendant. | ) |

### O-R-D-E-R

This matter is before the Court upon the Motion to Compel Production of Documents & Request for Expedited Hearing by Telephone filed by Valley Proteins (Delaware), Inc. (Pleading No. 39.) Upon good cause shown, and for reasons announced by the Court in a Telephone Conference of December 22, the motion is **GRANTED**, and Defendant is ordered to produce all outstanding documents responsive to Plaintiff's discovery requests on or before January 10, 2006.



                                                     /s/ P. Trevor Sharp
                                         United States Magistrate Judge

Date: December 22, 2005