IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:03CV988

| | |
|---|---|
| VALLEY PROTEINS (DELAWARE), INC., f/k/a CBP RESOURCES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SGS CONTROL SERVICES INC., n/k/a SGS NORTH AMERICA INC., | ) ) ) |
| Defendant. | ) |

### ORDER

The court has received a request from counsel for SGS Control Services Inc. to reschedule oral argument on Defendant's Summary Judgment Motion to a date later than that currently set to accommodate counsel's previously scheduled professional commitments. The motion is not opposed.

Good cause being shown, and without opposition, the court reschedules oral argument for Friday, June 1, 2007, at 3:00 p.m., Federal Building, 324 West Market Street, Courtroom No. 1, Greensboro, North Carolina.

This the 9th day of April 2007.

                                                                       United States District Judge